**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

FANE LOZMAN,

    *Plaintiff*,

v.

CITY OF RIVIERA BEACH, FLORIDA,

    *Defendant*.

Case No.: 9:22-cv-80118-DMM

**PLAINTIFF'S STIPULATED NOTICE OF TAKING REMOTE DEPOSITION**
**OF DEFENDANT'S EXPERT: GEORGE "CHAPPY" YOUNG**

Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, FANE LOZMAN, by and through his undersigned counsel, gives notice that he will conduct the remote deposition of Defendant's, CITY OF RIVIERA BEACH, FLORIDA, disclosed expert **George "Chappy" Young** at the time, date, and place set forth below as stipulated by the parties:

DEPONENT:    **George "Chappy" Young**
                     **GCY, Inc.**
                     **PO Box 1469**
                     **Palm City, FL  34991**

DATE:           **Friday, September 16, 2022**

TIME:           **11:00 a.m. (Eastern time)**

PLACE:         **By *Zoom* or other remote video conferencing technology designated by the court reporter, Esquire Deposition Solutions; remote instructions and link will be provided prior to the deposition.**

This deposition shall be taken by oral examination, recorded by court reporter stenography, before Esquire Deposition Solutions (the court reporter), or some other officer duly authorized by law to take examinations, continuing from day to day until completion. The examination is being taken for the purpose of discovery and for use at any hearing or trial or for such other purpose as are permitted under the applicable rules.

Respectfully submitted on September 02, 2022 by:

/s/ *James D. Ryan*
James D. Ryan
Fla. Bar No.: 0976751
**Ryan Law Group, PLLC**
636 US Highway One, Suite 110
North Palm Beach, FL  33408
Tel: 561-881-4447
jdr@ryanlawgroup.net
lauren@ryanlawgroup.net

/s/ *Ian Samuel*
Ian Samuel
**Ste. Monique Appellors, LLC**
2200 Colorado Ave. Suite 512
Santa Monica, CA 90404
Tel: (917) 803-8609
ian@stemonique.com

/s/ *Edward A. Weinhaus*
Edward A. Weinhaus
**Ste. Monique Appellors, LLC**
10859 Picadily Sq. Dr.
Creve Coeur, MO  63146
Tel: (314) 580-9580
coach@appellors.com

/s/ *Kerri L. Barsh*
Kerri L. Barsh
Fla. Bar No.: 443840
**Greenberg Traurig, LLP**
333 SE 2nd Ave., Suite 4400
Miami, FL  33131
Tel: (305) 579-0772
barshk@gtlaw.com

*Attorneys for Fane Lozman*