**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

FANE LOZMAN,

    Plaintiff,

v.                                                                               Case No.: 9:22-cv-80118-DMM

CITY OF RIVIERA BEACH, FLORIDA,

    Defendant.

_____/

### NOTICE OF CONSENT TO BE DESIGNATED AS LOCAL COUNSEL

On November 11, 2022, Attorney James D. Ryan moved to withdraw as counsel and noted that there may be an issue regarding attorneys Ian Samuel, Esq. and Edward Weinhaus, Esq. regarding their *pro hac vice* status as Mr. Ryan expressly consented to be designated as local counsel pursuant to the local rules in their applications for temporary admission.

Out of an abundance of caution, Jonathan Reilly O'Boyle, Esq., being a member of this Court, expressly consents to be local counsel for the above attorneys admitted pro hac vice. Should the Court grant Mr. Ryan's motion, the outstanding attorneys for Plaintiff Lozman are:

| | |
|---|---|
| **Philip J. Nathanson** | **Ian Samuel** |
| Ariz. Bar No.: 013624 | Ste. Monique Appellors, LLC |
| The Nathanson Law Firm | 2200 Colorado Ave. |
| 7450 E. Pinnacle Peak Rd. – Suite 150 | Suite 512 |
| Scottsdale, AZ 85255 | Santa Monica, CA 90404 |
| Tel: 480-235-0978 | Tel: (917) 803-8609 |
| philipj@nathansonlawfirm.com | ian@stemonique.com |

1

| | |
|---|---|
| **Edward A. Weinhaus** <br> Ste. Monique Appellors, LLC <br> 10859 Picadily Sq. Dr. <br> Creve Coeur, MO  63146 <br> Tel: (314) 580-9580 <br> coach@appellors.com | **Kerri L. Barsh** <br> Fla. Bar No.: 443840 <br> Greenberg Traurig, LLP <br> 333 SE 2nd Ave., Suite 4400 <br> Miami, FL  33131 <br> Tel: (305) 579-0772 <br> barshk@gtlaw.com |

Date: November 16, 2022

Respectfully Submitted,

THE O'BOYLE LAW FIRM
*Attorneys for Plaintiff*
1286 West Newport Center Drive
Deerfield Beach, FL 33442
Telephone: (754) 212-4201
**For Service of Court Documents:**
oboylecourtdocs@oboylelawfirm.com

By: */s/* Jonathan R. O'Boyle
Jonathan R. O'Boyle, Esq.
Florida Bar #117547
joboyle@oboylelawfirm.com

### CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by email to: **Defense Counsel** Amy Taylor Petrick (apetrick@llw-law.com), Andrew Joseph Baumann (abaumann@llw-law.com), and Telsula Christy Morgan (tmorgan@llw-law.com) of Lewis Longman & Walker – 360 S. Rosemary Ave, Suite 1100, West Palm Beach, FL 33401; **and Plaintiffs' Counsel** Edward A. Weinhaus, Esq. (coach@appellors.com), Ian Samuel (ian@stemonique.com), on Wednesday, November 16, 2022

By: */s/* Jonathan R. O'Boyle
Jonathan R. O'Boyle, Esq.
Florida Bar #117547
joboyle@oboylelawfirm.com