UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80118-CV-MIDDLEBROOKS

FANE LOZMAN,

    Plaintiff,

vs.

CITY OF RIVIERA BEACH, FLORIDA,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court pursuant to this Court's previous Order on Motions for Summary Judgment. (DE 197). Final judgment is entered pursuant to Federal Rule of Civil Procedure 58, as set forth below.

It is hereby **ORDERED and ADJUDGED** that:

(1) Final Judgment is hereby entered in favor of Defendant City of Riviera Beach and against Plaintiff Fane Lozman.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) The Clerk shall also **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 4 day of April, 2023.

Donald M. Middlebrooks
United States District Judge