**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| FANE LOZMAN | ) | |
| Plaintiff, | ) | Case No. 9:22-cv-80118-DMM |
| v. | ) | |
| CITY OF RIVIERA BEACH, FLORIDA | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT MOTION TO STAY PROCEEDINGS TO FILE**
**A BILL OF COSTS UNDER 28 U.S.C. §1920**

Plaintiff, FANE LOZMAN, and Defendant, CITY OF RIVIERA BEACH, by and through undersigned counsel, respectfully move to stay proceedings as it relates to the adjudication of a motion to tax costs:

1.     Pursuant to 28 U.S.C. § 1920 and Southern District of Florida Local Rule 7.3(c), a bill of costs and supporting memorandum shall be filed and served within thirty (30) days of entry of Final Judgment.

2.     The parties have sought an extension until May 12, 2023 to meet and confer for the filing of a bill of costs under Local Rule 7.3(c).

3.     Upon further conference, the parties acknowledge that Plaintiff has sought an appeal under Case No. 23-11119 now pending before the 11th Circuit Court of Appeals.

4.     The parties have determined that a stay of the District Court proceedings to adjudicate Defendant's bill of costs would be the best course of action as it would promote judicial economy.

*Lozman v. City of Riviera Beach*
Case No. 9:22-cv-80118-DMM
Joint Motion To Stay Proceedings to File Bill of Costs and Supporting Memorandum
Page 2 of 4

5.      Should Plaintiff prevail at the 11th Circuit, the District Court's judicial efforts in resolving costs would be for naught.  Alternatively, should the Defendant's prevail, FRAP 39(e) affords the Defendant the right to seek costs for appellate matters in the District Court.

6.      The parties agree that the costs should not be dealt with piecemeal because a piecemeal approach would put an otherwise unnecessary burden on this Court and the parties.

7.      Therefore, the parties respectfully request an order from the Court staying proceedings as it relates to taxation of costs under 28 U.S.C. §1920 until the 11th Circuit relinquishes jurisdiction back to the District Court.

## INCORPORATED MEMORANDUM OF LAW

District Courts possess broad authority to manage their dockets and promote judicial efficiency. *Walter Int'l Prods. v. Salinas*, 650 F.3d 1402, 1415 (11th Cir. 2011) ("A district court has broad authority 'to control the pace of litigation before it.'") (quoting *Chrysler Int'l Corp v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002)). The Eleventh Circuit has "stress[ed] the broad discretion district courts have in managing their cases ... Given the caseload of most district courts and the fact that cases can sometimes stretch out over years, district courts must have discretion and authority to ensure that their cases move to a reasonably timely and orderly conclusion." *Chrysler*, 280 F.3d at 1360. "This discretion is not wholly unfettered, *see Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1367 (11th Cir.1997); but it is and must be broad." *Id*. *Chevaldina v. Katz*, 21-CIV-21363-RAR, 2021 WL 2414109, at *5 (S.D. Fla. June 13, 2021), *reconsideration denied*, 21-21363-CIV, 2021 WL 9037721 (S.D. Fla. July 1, 2021), aff'd, 21-12455, 2022 WL 2568066 (11th Cir. July 8, 2022).

The Court's control over its docket extends to granting a limited stay to promote judicial efficiency. *See In re Application of Alves Bragg,* 789 F. Supp. 2d (S.D. Fla. 2011)(observing "it

*Lozman v. City of Riviera Beach*
Case No. 9:22-cv-80118-DMM
Joint Motion To Stay Proceedings to File Bill of Costs and Supporting Memorandum
Page 3 of 4

is well-established that a district court has the authority to stay proceedings on its own motion or on motion of the parties")(citing *Landis v. North Am. Water Works and Elec. Co.*, 299 U.S. 248, 254, 57 S.Ct. 163, 81 L.Ed. 153 (1936) (noting that federal courts have inherent authority to stay proceedings to conserve judicial resources and ensure that each matter is handled efficiently)). In this instance, a stay on the taxation of costs will prevent the duplication of work and promotion judicial efficiency.

WHEREFORE, the parties respectfully request an order from the Court staying proceedings as it relates to taxation of costs under 28 U.S.C. §1920 until the 11th Circuit relinquishes jurisdiction back to the District Court.

Respectfully submitted,

LEWIS, LONGMAN & WALKER, P.A.

/s/ Paul J. Polito
ANDREW J. BAUMANN
Florida Bar No. 70610
TELSULA C. MORGAN
Florida Bar No. 16794
AMY TAYLOR PETRICK
Florida Bar No. 315590
PAUL J. POLITO, JR.
Florida Bar No. 1004199
360 South Rosemary Avenue, Suite 1100
West Palm Beach, FL 33401
Primary Email: abaumann@llw-law.com
Secondary Email: mlozada@llw-law.com
Secondary Email: kdawkins@llw-law.com
Primary Email: tmorgan@llw-law.com
Secondary Email: abuzek@llw-law.com
Primary Email: apetrick@llw-law.com
Secondary Email: bpennington@llw-law.com
Primary Email: ppolito@llw-law.com
Secondary Email: kdawkins@llw-law.com

DAWN S. WYNN
CITY OF RIVIERA BEACH

4863-2410-2243, v. 1

*Lozman v. City of Riviera Beach*
Case No. 9:22-cv-80118-DMM
Joint Motion To Stay Proceedings to File Bill of Costs and Supporting Memorandum
Page 4 of 4

1481 W. 15th Street
Riviera Beach, Florida 33404
Primary Email:  dwynn@rivierabeach.org
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's CM/ECF system, which provides notice to the following counsel of record, on this 12th

day of May, 2023 to:

Jonathan O'Boyle
THE O'BOYLE LAW FIRM
1286 West Newport Center Drive
Deerfield Beach, FL 33442
oboylecourtdocs@oboylelawfirm.com
joboyle@oboylelawfirm.com
*Attorney for Plaintiff*

Ian Samuel
STE. MONIQUE APPELLORS, LLC
2200 Colorado Avenue, Suite 512
Santa Monica, CA  90404
Primary Email:  ian@stemonique.com
*Attorney for Plaintiff*

Kerri L. Barsh
GREENBERG TRAURIG, LLP
333 SE 2nd Avenue, Suite 4400
Miami, FL  33131
Primary Email:  barshk@gtlaw.com
*Attorney for Plaintiff*

Edward A. Weinhaus
STE. MONIQUE APPELLORS, LLC
10859 Picadily Square Drive
Creve Coeur, MO  63146
Primary Email:  coach@appellors.com
*Attorney for Plaintiff*

PHILIP J. NATHANSON
Trial & Appellate Attorney
7450 E. PINNACLE PEAK RD. #150
Scottsdale, AZ 85255
Phone: 480-235-0978
philipj@nathansonlawfirm.com
www.trialandappellatelaw.com
*Attorney for Plaintiff*

Benjamin L. Reiss, Esq.
Oliver M. Birman, Esq.
PERLMAN BAJANDAS YEVOLI
283 Catalonia Avenue, Suite 200
Coral Gables, Florida 33134
breiss@pbyalaw.com
obirman@pbyalaw.com
*Attorney for Plaintiff*

/s/ Paul J. Polito
PAUL JOSEPH POLITO
Florida Bar No. 1004199

4863-2410-2243, v. 1