UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80118-CV-MIDDLEBROOKS

FANE LOZMAN,

      Plaintiff,

v.

CITY OF RIVIERA BEACH, FLORIDA,

      Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the mandate of the United States Court of Appeals for the Eleventh Circuit, filed November 14, 2024.  (DE 212).  Consistent with the Eleventh Circuit's mandate, it is **ORDERED and ADJUDGED** that:

(1) Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

(2) This case shall remain **CLOSED.**

**SIGNED** in Chambers, at West Palm Beach, Florida, this 15 day of November, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

CC: Counsel of Record