# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

December 4, 2024



Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re:  Fane Lozman
v. City of Riviera Beach, Florida
Application No. 24A546
(Your No. 23-11119) ‑AA

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on December 4, 2024, extended the time to and including February 13, 2025.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

NOTIFICATION LIST

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Tobias Samuel Loss-Eaton
Sidley Austin LLP
1501 K Street NW
Washington, DC  20005

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

OFFICE OF THE CLERK

# SUPREME COURT OF THE UNITED STATES

WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST-CLASS MAIL

12/05/2024
US POSTAGE $000.65⁰
$300 Penalty
For Private Use
ZIP 20543
041M11300601

CLEARED SECURITY